# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN POOL FENCE SYSTEMS, INC., | CASE NO. 09cv725 WQH (POR) |
| Plaintiff, | ORDER |
| vs. | |
| AQUAGUARD, INC. AND AMY ROTHERMEL, | |
| Defendant. | |

HAYES, Judge:

The Joint Motion to Dismiss without Prejudice (Doc. # 14) is **GRANTED.** The above-caption action is **DISMISSED without prejudice,** subject to re-opening only if Plaintiff believes either Defendant Amy Rothermel or Jerry Grider has breached the Settlement Agreement relating to this action.

DATED: July 24, 2009

_William Q. Hayes_
**WILLIAM Q. HAYES**
United States District Judge